1  WENDY M. GARBERS (CA SBN 213208)
   WGarbers@mofo.com
2  BORIS YANKILOVICH (CA SBN 257887)
   BYankilovich@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  *Attorneys for Defendant*
   U.S. BANK NATIONAL ASSOCIATION (erroneously named
7  as U.S. Bancorp, N.A.) and
   RICHARD K. DAVIS

IT IS SO ORDERED
Judge James Ware
9/10/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHIQIANG CAO, an individual, ANTHONY AND RACHEL SANDERS, individuals, BIBAK PRASAD, an individual, BALTEJ S. CHAHAL, an individual, ELZA WALTERS, JR., an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANCORP, N.A. a National Corporation, RICHARD K. DAVIS, an individual, and DOES 1-10,<br><br>Defendants. | Case No.   CV 10-03027 JW<br><br>Class Action<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br><br>Judge:  Hon. James Ware<br><br>Complaint Filed:  July 9, 2010 |

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CV 10-03027 JW
sf-2893471

1  Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between
2  plaintiffs Zhiqiang Cao, Anthony and Rachel Sanders, Bibak Prasad, Baltej S. Chahal, Elza
3  Walters, Jr. and defendants U.S. Bank National Association and Richard K. Davis, through their
4  respective attorneys, that the defendants shall have until and including September 24, 2010 to
5  answer or otherwise respond to plaintiffs' complaint.  The parties have previously stipulated that
6  the defendants would have until September 10, 2010 to respond to the complaint.  (Dkt. 4.)  This
7  current stipulated extension does not alter the date of any event or deadline already fixed by Court
8  order.

Dated: September 9, 2010

WENDY M. GARBERS
BORIS YANKILOVICH
MORRISON & FOERSTER LLP


By:   /s/ *Wendy M. Garbers*
      WENDY M. GARBERS

*Attorneys for Defendants*
U.S. BANCORP, N.A. and
RICHARD K. DAVIS

Dated: September 9, 2010

JESSICA E. RAUFF
THE LAW OFFICE OF JESSICA E. RAUFF


By:   /s/ *Jessica E. Rauff*
      JESSICA E. RAUFF

*Attorneys for Plaintiffs*
ZHIQIANG CAO, ANTHONY AND
RACHEL SANDERS, BIBAK
PRASAD, BALTEJ S. CHAHAL, and,
ELZA WALTERS, JR., et al.

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: September 9, 2010    By:   /s/ *Wendy M. Garbers*
                                  Wendy M. Garbers
                                  Attorneys for Defendants