1   WENDY M. GARBERS (CA SBN 213208)
    WGarbers@mofo.com
2   BORIS YANKILOVICH (CA SBN 257887)
    BYankilovich@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   *Attorneys for Defendant*
    U.S. BANK NATIONAL ASSOCIATION (erroneously named
7   as U.S. Bancorp, N.A.)

IT IS SO ORDERED AS MODIFIED

*James Ware*

Judge James Ware

10/26/2010

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13   ZHIQIANG CAO, ET AL,                    Case No.    CV 10-03027 JW

14                    Plaintiff(s),          Class Action

15       v.                                  **[PROPOSED] ORDER
                                             REGARDING REQUEST TO
16   U.S. BANCORP, N.A., ET AL,              CONTINUE CASE MANAGEMENT
                                             CONFERENCE**
17                    Defendant(s).

18                                           Judge:  Hon. James Ware

19                                           Complaint Filed:  July 9, 2010

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE. CASE MANAGEMENT CONFERENCE
CV 10-03027 JW
sf-2910252

1    Pursuant to the Stipulation Regarding Request to Continue Case Management Conference,

2    submitted by the parties on October 22, 2010, the case management conference in this action,

3    currently scheduled for November 15, 2010 at 10:00 a.m., is hereby continued to

4    _____February 28_____, 2011 at 10:00 AM The parties shall file a joint case management

5    statement no later than ten (10) court days prior to the conference.

6         IT IS SO ORDERED.

7

8    Dated: _ October 26, 2010                    _____

9                                                Honorable James Ware
                                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE. CASE MANAGEMENT CONFERENCE
CV 10-03027 JW
sf-2910252

1